| Primary ID | Brand Name | Company Name | Version or Model | GMDN Terms | Device ID |
|---|---|---|---|---|---|
| 3c6daa6e-8027-4e97-a... | TRIOS | 3shape Trios A/S | TRIOS Pod | Dental CAD/CAM system, chairside | Primary: 05902768365559 |
| 0f5267a3-8d6f-4d97-b... | TRIOS | 3shape Trios A/S | TRIOS Standard- Scanne... | Dental CAD/CAM system, chairside | Primary: 05902768365528 |
| b81d7226-2dd8-4544-9... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 Protection Tip | Dental CAD/CAM system, chairside | Primary: 05902768365436 |
| 1126204b-d5ca-4462-8... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 Scanner Tip | Dental CAD/CAM system, chairside | Primary: 05902768365429 |
| 01f70389-d90f-4de9-9... | TRIOS | 3shape Trios A/S | TRIOS Protection Tip | Dental CAD/CAM system, chairside | Primary: 05902768365672 |
| 21371de4-ca5f-4b95-b... | TRIOS | 3shape Trios A/S | TRIOS Calibration Tip | Dental CAD/CAM system, chairside | Primary: 05902768365535 |
| 7f21245a-010e-433e-a... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 Calibration Tip | Dental CAD/CAM system, chairside | Primary: 05902768365443 |
| f5b779c3-6f49-4c41-8f... | TRIOS | 3shape Trios A/S | TRIOS Color Calibration | Dental CAD/CAM system, chairside | Primary: 05902768365580 |
| 1cf58487-d227-496b-a... | TRIOS | 3shape Trios A/S | TRIOS Color Scanner Tip | Dental CAD/CAM system, chairside | Primary: 05902768365573 |
| d784a8fe-64ea-451a-8... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 Pod for handle | Dental CAD/CAM system, chairside | Primary: 05902768365498 |
| 421c9522-b01a-4b86-a... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 Pod for pen gri... | Dental CAD/CAM system, chairside | Primary: 05902768365481 |
| 2d2ae100-086d-42a5-b... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 Color Calibrati... | Dental CAD/CAM system, chairside | Primary: 05902768365450 |
| 77bd52cb-3352-44cf-b... | TRIOS | 3shape Trios A/S | TRIOS Standard Scanne... | Dental CAD/CAM system, chairside | Primary: 05902768365542 |
| 881010d6-fa3b-4bf4-a... | TRIOS | 3shape Trios A/S | TRIOS cart | Dental CAD/CAM system, chairside | Primary: 05902768365566 |
| 78bae197-5ac7-4673-9... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 battery cart | Dental CAD/CAM system, chairside | Primary: 05902768365511 |
| e6b9b917-954b-44f6-9... | TRIOS Patient Monitoring | 3shape Trios A/S | 2017-1 | Intraoral optical scanning system | Primary: 05902729752602 |
| 8fe30eab-c680-47f7-9b... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 cart | Dental CAD/CAM system, chairside | Primary: 05902768365504 |
| c9d5c995-d6eb-4f22-a... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 Pen grip scann... | Dental CAD/CAM system, chairside | Primary: 05902768365474 |
| 14ae35a6-e16a-469a-b... | TRIOS | 3shape Trios A/S | TRIOS Color scanner | Dental CAD/CAM system, chairside | Primary: 05902768365597 |
| d3f75e45-72ea-48bf-8... | TRIOS 3 | 3shape Trios A/S | TRIOS 3 Handle scanne... | Dental CAD/CAM system, chairside | Primary: 05902768365467 |
| d62d8493-ce18-4bc4-8... | TRIOS® 3 | 3shape Trios A/S | S1-ACC-3 | Dental CAD/CAM system, chairside | Primary: 05902768365924 |
| 4fe929c8-f677-44d5-8a... | TRIOS® 3 | 3shape Trios A/S | S1P-2 | Dental CAD/CAM system, chairside | Primary: 05902768365863 |
| d88238ba-5ce8-4d60-9... | TRIOS® | 3shape Trios A/S | TB-031 | Dental CAD/CAM system, chairside | Primary: 05902729752435 \| Unit of Use: 05902729752466 |
| e900f55d-5cce-4b1c-9c... | TRIOS® 3 | 3shape Trios A/S | S2-2 | Dental CAD/CAM system, chairside | Primary: 05902729752336 |
| 4fe69504-0133-446b-9... | TRIOS® 3 | 3shape Trios A/S | PS2-2 | Dental CAD/CAM system, chairside | Primary: 05902729752329 |
| 1ed80c8d-33b0-4c3a-a... | TRIOS® 3 | 3shape Trios A/S | PS2-1 | Dental CAD/CAM system, chairside | Primary: 05902729750745 |
| f7d4b1ba-a744-4e73-9... | TRIOS® | 3shape Trios A/S | P13-tip | Dental CAD/CAM system, chairside | Package: 05902768365764 \| Primary: 05902729750110 \| Package: 05902768365757 |
| f8929da4-6d66-4d95-a... | TRIOS® | 3shape Trios A/S | P12-tip | Dental CAD/CAM system, chairside | Package: 05902768365733 \| Primary: 05902729750103 \| Package: 05902768365726 |
| f064584d-4d88-4888-8... | TRIOS® | 3shape Trios A/S | P13 | Dental CAD/CAM system, chairside | Primary: 05902768365955 |
| f92a31b4-cc92-4ce9-90... | TRIOS® 3 | 3shape Trios A/S | S-Ckit-3DD | Dental CAD/CAM system, chairside | Primary: 05902729753302 |
| e9295491-9090-4695-a... | TRIOS® 3 | 3shape Trios A/S | S3A-22 | Intraoral optical scanning system | Primary: 05902729753029 |
| 448d9f87-8b12-4073-9... | TRIOS® 4 | 3shape Trios A/S | TSC-01 | Intraoral optical scanning system | Primary: 05902729752893 |
| ae7d63c3-adc2-429b-a... | TRIOS® 4 | 3shape Trios A/S | S3-2 | Intraoral optical scanning system | Primary: 05902729752848 |
| ad1c3842-751a-4ae5-a... | TRIOS® 4 | 3shape Trios A/S | S3P-2 | Intraoral optical scanning system | Primary: 05902729752800 |
| c8bb7fbb-2672-43c3-a... | TRIOS® 3 | 3shape Trios A/S | S1A-12 | Dental CAD/CAM system, chairside | Primary: 05902729752589 |
| 152c5c0a-180e-4202-8... | TRIOS® 3 | 3shape Trios A/S | S1A-10 | Dental CAD/CAM system, chairside | Primary: 05902729752565 |
| a0a9b361-6236-4cc6-8... | TRIOS® 3 | 3shape Trios A/S | S1A-9 | Dental CAD/CAM system, chairside | Primary: 05902729752558 |
| c5b5a740-53a0-4e37-a... | TRIOS® | 3shape Trios A/S | TB-03 | Dental CAD/CAM system, chairside | Primary: 05902729752367 |
| 120a545a-4e43-4c4c-a... | TRIOS® | 3shape Trios A/S | TB-02 | Dental CAD/CAM system, chairside | Primary: 05902729752350 |
| 83ebcfda-b522-40da-9... | TRIOS® | 3shape Trios A/S | T12P-2 | Dental CAD/CAM system, chairside | Primary: 05902729752299 |
| 776237c8-f03d-4545-9... | TRIOS® | 3shape Trios A/S | T12A-2 | Dental CAD/CAM system, chairside | Primary: 05902729752275 |
| 44a0124e-7c95-49c3-8... | TRIOS® | 3shape Trios A/S | TB-01 | Dental CAD/CAM system, chairside | Primary: 05902729750783 |
| ec968611-ef05-4160-a... | TRIOS® 3 | 3shape Trios A/S | S2-1 | Dental CAD/CAM system, chairside | Primary: 05902729750752 |
| e983cc2a-ccbf-406c-b5... | TRIOS® 3 | 3shape Trios A/S | C3.0 | Dental CAD/CAM system, chairside | Primary: 05902729750080 |
| 9242b803-0273-4912-9... | TRIOS® 3 | 3shape Trios A/S | S1-1 | Dental CAD/CAM system, chairside | Primary: 05902729750042 |
| 601a61aa-56e6-4a7a-a... | TRIOS® 3 | 3shape Trios A/S | S1PI-1 | Dental CAD/CAM system, chairside | Primary: 05902768365894 |
| e28d38a8-620b-4d9f-8... | TRIOS® 3 | 3shape Trios A/S | S1P-4 | Dental CAD/CAM system, chairside | Primary: 05902768365887 |
| bbe0eb9a-ca52-4742-8... | TRIOS® | 3shape Trios A/S | S1-3 | Dental CAD/CAM system, chairside | Primary: 05902768365771 |
| 86b45d71-b137-4991-8... | TRIOS® 4 | 3shape Trios A/S | TST-01 | Intraoral optical scanning system | Package: 05902729752930 \| Primary: 05902729752879 |
| c538da89-cd72-4e5d-a... | TRIOS® 4 | 3shape Trios A/S | S3P-8 | Intraoral optical scanning system | Primary: 05902729752817 |
| a3c72ded-40b1-4d3d-8... | TRIOS® 3 | 3shape Trios A/S | S2A-9 | Dental CAD/CAM system, chairside | Primary: 05902729752534 |
| 8cfcd9bb-53f6-4528-8c... | TRIOS® | 3shape Trios A/S | C4.0 | Dental CAD/CAM system, chairside | Primary: 05902729752527 |
| 31e5e7d6-0ba3-461f-9... | TRIOS® 3 | 3shape Trios A/S | S2P-2 | Dental CAD/CAM system, chairside | Primary: 05902729752312 |
| 192534b6-2a31-4f44-a... | TRIOS® 3 | 3shape Trios A/S | S2-3 | Dental CAD/CAM system, chairside | Primary: 05902729750769 |
| 853b5554-9262-4749-9... | TRIOS® 3 | 3shape Trios A/S | S2A-1 | Dental CAD/CAM system, chairside | Primary: 05902729750387 |
| 73219c65-5d23-4759-9... | TRIOS® 3 | 3shape Trios A/S | S1-2 | Dental CAD/CAM system, chairside | Primary: 05902729750059 |
| b2b78848-be83-4f4b-a... | TRIOS® | 3shape Trios A/S | C3BP | Dental CAD/CAM system, chairside | Primary: 05902729752343 |
| e73b4172-2ad5-482d-9... | TRIOS® | 3shape Trios A/S | T12A-1 | Dental CAD/CAM system, chairside | Primary: 05902729752268 |
| 30172b40-68d3-4f8b-b... | TRIOS® | 3shape Trios A/S | C3B | Dental CAD/CAM system, chairside | Primary: 05902729750776 |
| 37bc9d34-a69f-4453-a... | TRIOS® 3 | 3shape Trios A/S | S2A-5 | Dental CAD/CAM system, chairside | Primary: 05902729750394 |
| f1d7600d-cc91-41c8-8c... | TRIOS® | 3shape Trios A/S | S-Ctip | Dental CAD/CAM system, chairside | Primary: 05902729750028 |
| e4ae37bd-3779-4353-b... | TRIOS® 3 | 3shape Trios A/S | S1-ACC-1 | Dental CAD/CAM system, chairside | Primary: 05902768365900 |
| 0560a98c-3db2-4c09-a... | TRIOS® 3 | 3shape Trios A/S | S1P-3 | Dental CAD/CAM system, chairside | Primary: 05902768365870 |
| 76669000-d2f9-44e9-a... | TRIOS® 3 | 3shape Trios A/S | S1P-1 | Dental CAD/CAM system, chairside | Primary: 05902768365856 |
| 44c6ea23-c7cd-4f6e-b4... | TRIOS® 3 | 3shape Trios A/S | S1A-4 | Dental CAD/CAM system, chairside | Primary: 05902768365825 |

Exhibit No. 5

| ID | Product | Company | Code | Description | Identifier |
|---|---|---|---|---|---|
| 8212ee78-2644-415e-9 | TRIOS® 3 | 3shape Trios A/S | S1A-1 | Dental CAD/CAM system, chairside | Primary: 05902768365795 |
| f7670f3f-5ba0-4209-a3 | TRIOS® 3 | 3shape Trios A/S | S1-4 | Dental CAD/CAM system, chairside | Primary: 05902768365788 |
| 25c283fd-0c7c-4cb2-95 | TRIOS® 4 | 3shape Trios A/S | S3A-18 | Intraoral optical scanning system | Primary: 05902729753012 |
| 62302973-825e-4316-a | TRIOS® 4 | 3shape Trios A/S | TST-03 | Intraoral optical scanning system | Primary: 05902729752886 |
| 69899cad-b9aa-4e6b-8 | TRIOS® 4 | 3shape Trios A/S | PS3-4 | Intraoral optical scanning system | Primary: 05902729752862 |
| 6a372d9b-c196-4083-a | TRIOS® 4 | 3shape Trios A/S | S3A-14 | Intraoral optical scanning system | Primary: 05902729752831 |
| 68f3284b-c906-43ab-a | TRIOS® 4 | 3shape Trios A/S | S3A-10 | Intraoral optical scanning system | Primary: 05902729752824 |
| ad7b7b12-6724-4db3-8 | TRIOS® 3 | 3shape Trios A/S | S1A-11 | Dental CAD/CAM system, chairside | Primary: 05902729752572 |
| e26ca42a-9424-44be-9 | TRIOS® 3 | 3shape Trios A/S | S2A-10 | Dental CAD/CAM system, chairside | Primary: 05902729752541 |
| 9b6c5e62-dfc2-4b64-97 | TRIOS® | 3shape Trios A/S | PP13 | Dental CAD/CAM system, chairside | Primary: 05902768365993 |
| 7d6060b7-05da-4530-b | TRIOS® | 3shape Trios A/S | T12-Ctip | Dental CAD/CAM system, chairside | Package: 05902768365740 \| Primary: 05902768365986 |
| 718e7bb9-e765-4013-9 | TRIOS® | 3shape Trios A/S | P13-Ckit | Dental CAD/CAM system, chairside | Primary: 05902768365962 |
| b016066e-9759-4f51-8 | TRIOS® 3 | 3shape Trios A/S | S1-ACC-2 | Dental CAD/CAM system, chairside | Primary: 05902768365917 |
| 1b22b668-dc65-498c-b | TRIOS® 3 | 3shape Trios A/S | S1A-3 | Dental CAD/CAM system, chairside | Primary: 05902768365818 |
| 574694ad-d202-431b-8 | TRIOS® 3 | 3shape Trios A/S | S1A-2 | Dental CAD/CAM system, chairside | Primary: 05902768365801 |
| 821e2809-81ef-4dc2-b | TRIOS® | 3shape Trios A/S | TB-031-W | Dental CAD/CAM system, chairside | Primary: 05902729753074 \| Unit of Use: 05902729752466 |
| 1441a0ae-da55-4879-a | TRIOS® | 3shape Trios A/S | C4.1 | Dental CAD/CAM system, chairside | Primary: 05902729752961 |
| 14340faa-0ef0-4bf9-b7 | TRIOS® 4 | 3shape Trios A/S | TST-02 | Intraoral optical scanning system | Primary: 05902729752909 |
| acd445bd-3a2e-46c5-a | TRIOS® 4 | 3shape Trios A/S | PS3-2 | Intraoral optical scanning system | Primary: 05902729752855 |
| c43dfafd-d0f9-4c03-80 | TRIOS® | 3shape Trios A/S | TB-021 | Dental CAD/CAM system, chairside | Primary: 05902729752428 \| Unit of Use: 05902729752459 |
| 96251f46-44e3-4705-8 | TRIOS® | 3shape Trios A/S | TB-011 | Dental CAD/CAM system, chairside | Primary: 05902729752411 \| Unit of Use: 05902729752442 |
| 024295dc-cf0d-49ac-a5 | TRIOS® 3 | 3shape Trios A/S | S2A-2 | Dental CAD/CAM system, chairside | Primary: 05902729752305 |
| 14fa494d-45d4-475f-83 | TRIOS® | 3shape Trios A/S | T12P-1 | Dental CAD/CAM system, chairside | Primary: 05902729752282 |
| 8d9959cd-9209-47f2-b | TRIOS® 3 | 3shape Trios A/S | S2P-1 | Dental CAD/CAM system, chairside | Primary: 05902729750400 |
| 4966c489-9124-4bdd-9 | TRIOS® | 3shape Trios A/S | S-tip | Dental CAD/CAM system, chairside | Primary: 05902729750127 \| Package: 05902768365719 |
| 87d550f1-a1c9-4dee-9f | TRIOS® 3 | 3shape Trios A/S | PS1-1 | Dental CAD/CAM system, chairside | Primary: 05902729750073 |
| 392663d0-70c5-4062-8 | TRIOS® 3 | 3shape Trios A/S | PS1-2 | Dental CAD/CAM system, chairside | Primary: 05902729750066 |
| 4d590a96-beb7-4331-a | TRIOS® 3 | 3shape Trios A/S | S-Ckit | Dental CAD/CAM system, chairside | Primary: 05902729750035 |
| 3ff50a58-2e10-40c6-99 | TRIOS® 3 | 3shape Trios A/S | S-Ptip | Dental CAD/CAM system, chairside | Primary: 05902729750011 |
| 9e12fda6-3ac8-42ab-a | 3Shape Scan Bodies | 3shape Trios A/S | SSsys | Dental CAD/CAM system, laboratory | Primary: 05902729752763 |
| 7db233cf-e673-4a00-9( | 3Shape Scan Bodies | 3shape Trios A/S | DYsys | Dental CAD/CAM system, laboratory | Primary: 05902729752671 |
| 55102744-a8ce-446a-a | 3Shape Scan Bodies | 3shape Trios A/S | DXsys | Dental CAD/CAM system, laboratory | Primary: 05902729752664 |
| 5290974f-2f20-4920-bf | 3Shape Scan Bodies | 3shape Trios A/S | NRsys | Dental CAD/CAM system, laboratory | Primary: 05902729752701 |
| 273e2b40-0421-4229-8 | 3Shape Scan Bodies | 3shape Trios A/S | DAsys | Dental CAD/CAM system, laboratory | Primary: 05902729752657 |
| e3ae5ffe-ae5d-475e-a5 | 3Shape Scan Bodies | 3shape Trios A/S | BEsys | Dental CAD/CAM system, laboratory | Primary: 05902729752633 |
| 7bbca295-837e-4a86-b | 3Shape Scan Bodies | 3shape Trios A/S | BIsys | Dental CAD/CAM system, laboratory | Primary: 05902729752619 |
| 658630a6-ff61-4a52-8c | 3Shape Scan Bodies | 3shape Trios A/S | SBsys | Dental CAD/CAM system, laboratory | Primary: 05902729752749 |
| ea8e1e9c-bade-4f43-b | 3Shape Scan Bodies | 3shape Trios A/S | OTsys | Dental CAD/CAM system, laboratory | Primary: 05902729752732 |
| c59c9424-4c5f-45b1-af | 3Shape Scan Bodies | 3shape Trios A/S | NAsys | Dental CAD/CAM system, laboratory | Primary: 05902729752725 |
| 827d6bb8-e3d6-4896-9 | 3Shape Scan Bodies | 3shape Trios A/S | DEsys | Dental CAD/CAM system, laboratory | Primary: 05902729752688 |
| c6843f11-4fef-41fe-a56 | 3Shape Scan Bodies | 3shape Trios A/S | CCsys | Dental CAD/CAM system, laboratory | Primary: 05902729752640 |
| 4babe61e-b653-41fa-a | 3Shape | 3shape Trios A/S | A47.SB | Dental CAD/CAM system, chairside | Primary: 05902729750820 |
| 26602f71-66c3-4c1e-bl | 3Shape | 3shape Trios A/S | A47.NR | Dental CAD/CAM system, chairside | Primary: 05902729750813 |
| 4f36e2c9-bdd1-4665-9 | 3Shape Scan Bodies | 3shape Trios A/S | NRDsys | Dental CAD/CAM system, laboratory | Primary: 05902729752718 |
| 940d243c-61c5-421d-9 | 3Shape Scan Bodies | 3shape Trios A/S | ZTsys | Dental CAD/CAM system, laboratory | Primary: 05902729752770 |
| c8745ee2-a640-4aee-b | 3Shape Scan Bodies | 3shape Trios A/S | SBDsys | Dental CAD/CAM system, laboratory | Primary: 05902729752756 |
| a8ee876d-871a-41e6-b | 3Shape Scan Bodies | 3shape Trios A/S | NBsys | Dental CAD/CAM system, laboratory | Primary: 05902729752695 |
| a5501688-8c5a-45f8-b | 3Shape Scan Bodies | 3shape Trios A/S | BCsys | Dental CAD/CAM system, laboratory | Primary: 05902729752626 |
| cc7abb4f-c6e4-4d4f-84 | 3Shape | 3shape Trios A/S | A47.B | Dental CAD/CAM system, chairside | Primary: 05902729750806 |
| 0574fb68-c305-416c-a | 3Shape | 3shape Trios A/S | A47.A | Dental CAD/CAM system, chairside | Primary: 05902729750790 |