| Primary ID | Brand Name | Company Name | Version or Model | GMDN Terms | Device ID |
|---|---|---|---|---|---|
| 3abdd96e-4df2-4113-a... | 3Shape Scan Bodies | 3shape A/S | NAsys | Dental CAD/CAM system, laboratory | Primary: 05902729751933 |
| b1010e63-70f3-4858-8... | 3Shape Scan Bodies | 3shape A/S | DEsys | Dental CAD/CAM system, laboratory | Primary: 05902729751728 |
| 5ca48214-9a59-4867-9... | 3Shape Scan Bodies | 3shape A/S | DXsys | Dental CAD/CAM system, laboratory | Primary: 05902729751575 |
| 687e2ec1-ba68-4c66-b... | 3Shape Scan Bodies | 3shape A/S | BIsys | Dental CAD/CAM system, laboratory | Primary: 05902729751216 |
| 30671d0b-6c5e-4d5f-9... | 3Shape scan bodies | 3shape A/S | NG5 | Dental CAD/CAM system, laboratory | Primary: 05902729753227 |
| 421f15c6-7a77-4456-a... | 3Shape Scan Bodies | 3shape A/S | NC5 | Dental CAD/CAM system, laboratory | Primary: 05902729753159 |
| 4f36e2c9-bdd1-4665-9... | 3Shape Scan Bodies | 3shape Trios A/S | NRDsys | Dental CAD/CAM system, laboratory | Primary: 05902729752718 |
| ad2de43c-8351-4acc-9... | 3Shape Scan Bodies | 3shape A/S | SBsys | Dental CAD/CAM system, laboratory | Primary: 05902729752053 |
| f0e9d462-e1a2-4595-a... | 3Shape Scan Bodies | 3shape A/S | NRsys | Dental CAD/CAM system, laboratory | Primary: 05902729751865 |
| 2607cf2e-e809-43eb-9... | 3Shape Scan Bodies | 3shape A/S | BCsys | Dental CAD/CAM system, laboratory | Primary: 05902729751285 |
| e8de8f73-b841-4c47-a... | 3Shape scan bodies | 3shape A/S | NGY | Dental CAD/CAM system, laboratory | Primary: 05902729753210 |
| 90e0b03d-33f2-4a8a-9... | 3Shape scan bodies | 3shape A/S | NGP | Dental CAD/CAM system, laboratory | Primary: 05902729753180 |
| f3cc70dc-d239-4111-9... | 3Shape scan bodies | 3shape A/S | NCP | Dental CAD/CAM system, laboratory | Primary: 05902729753111 |
| 2912ce15-b209-460d-b... | 3Shape scan bodies | 3shape A/S | NC | Dental CAD/CAM system, laboratory | Primary: 05902729753104 |
| 77668d6c-4d57-442c-b... | 3Shape Scan Bodies | 3shape A/S | NGsys | Dental CAD/CAM system, laboratory | Primary: 05902729753043 |
| 658630a6-ff61-4a52-8c... | 3Shape Scan Bodies | 3shape Trios A/S | SBsys | Dental CAD/CAM system, laboratory | Primary: 05902729752749 |
| ea8e1e9c-bade-4f43-b... | 3Shape Scan Bodies | 3shape Trios A/S | OTsys | Dental CAD/CAM system, laboratory | Primary: 05902729752732 |
| c59c9424-4c5f-45b1-af... | 3Shape Scan Bodies | 3shape Trios A/S | NAsys | Dental CAD/CAM system, laboratory | Primary: 05902729752725 |
| 827d6bb8-e3d6-4896-9... | 3Shape Scan Bodies | 3shape Trios A/S | DEsys | Dental CAD/CAM system, laboratory | Primary: 05902729752688 |
| c6843f11-4fef-41fe-a5... | 3Shape Scan Bodies | 3shape Trios A/S | CCsys | Dental CAD/CAM system, laboratory | Primary: 05902729752640 |
| 7b3c5555-f915-44d6-8... | 3Shape Scan Bodies | 3shape A/S | NCY | Dental CAD/CAM system, laboratory | Primary: 05902729753142 |
| d4bb9605-c829-4b66-9... | 3Shape scan bodies | 3shape A/S | NCG | Dental CAD/CAM system, laboratory | Primary: 05902729753135 |
| 7001710b-8977-4680-8... | 3Shape scan bodies | 3shape A/S | NCB | Dental CAD/CAM system, laboratory | Primary: 05902729753128 |
| 9e12fda6-3ac8-42ab-a... | 3Shape Scan Bodies | 3shape Trios A/S | SSsys | Dental CAD/CAM system, laboratory | Primary: 05902729752763 |
| 7db233cf-e673-4a00-9... | 3Shape Scan Bodies | 3shape Trios A/S | DYsys | Dental CAD/CAM system, laboratory | Primary: 05902729752671 |
| 55102744-a8ce-446a-a... | 3Shape Scan Bodies | 3shape Trios A/S | DXsys | Dental CAD/CAM system, laboratory | Primary: 05902729752664 |
| 2d501d18-1d66-4d65-b... | 3Shape Scan Bodies | 3shape A/S | SBDsys | Dental CAD/CAM system, laboratory | Primary: 05902729752398 |
| 2f6e2886-a8ef-4ef2-a3... | 3Shape Scan Bodies | 3shape A/S | NRDsys | Dental CAD/CAM system, laboratory | Primary: 05902729752374 |
| 1ee154e2-9b36-4a51-8... | 3Shape Scan Bodies | 3shape A/S | SSsys | Dental CAD/CAM system, laboratory | Primary: 05902729752107 |
| d41ddc28-0d39-4311-b... | 3Shape Scan Bodies | 3shape A/S | OTsys | Dental CAD/CAM system, laboratory | Primary: 05902729752008 |
| f0f00882-c44b-4630-8f... | 3Shape Scan Bodies | 3shape A/S | ZTsys | Dental CAD/CAM system, laboratory | Primary: 05902729752169 |
| 3b54ee4c-f83d-4f80-b4... | 3Shape Scan Bodies | 3shape A/S | DAsys | Dental CAD/CAM system, laboratory | Primary: 05902729751513 |
| 07bd09ce-940a-4c3f-a8... | 3Shape Scan Bodies | 3shape A/S | BEsys | Dental CAD/CAM system, laboratory | Primary: 05902729751353 |
| c52f0334-a3a4-4820-a... | 3Shape Scan Bodies | 3shape A/S | NG | Dental CAD/CAM system, laboratory | Primary: 05902729753173 |
| 5290974f-2f20-4920-bf... | 3Shape Scan Bodies | 3shape Trios A/S | NRsys | Dental CAD/CAM system, laboratory | Primary: 05902729752701 |
| 273e2b40-0421-4229-8... | 3Shape Scan Bodies | 3shape Trios A/S | DAsys | Dental CAD/CAM system, laboratory | Primary: 05902729752657 |
| 7bbca295-837e-4a86-b... | 3Shape Scan Bodies | 3shape Trios A/S | BIsys | Dental CAD/CAM system, laboratory | Primary: 05902729752619 |
| 07d2cf00-0b07-4a15-8... | 3Shape scan bodies | 3shape A/S | NG6 | Dental CAD/CAM system, laboratory | Primary: 05902729753234 |
| d29a5c83-8763-4483-b... | 3Shape scan bodies | 3shape A/S | NGG | Dental CAD/CAM system, laboratory | Primary: 05902729753203 |
| a9e06f6c-282a-4795-8... | 3Shape scan bodies | 3shape A/S | NGB | Dental CAD/CAM system, laboratory | Primary: 05902729753197 |
| e3ae5ffe-ae5d-475e-a5... | 3Shape Scan Bodies | 3shape Trios A/S | BEsys | Dental CAD/CAM system, laboratory | Primary: 05902729752633 |
| 8033f438-4ee4-4cc3-aa... | 3Shape Scan Bodies | 3shape A/S | NBsys | Dental CAD/CAM system, laboratory | Primary: 05902729751803 |
| 982e5ba0-528a-4bb8-8... | 3Shape Scan Bodies | 3shape A/S | DYsys | Dental CAD/CAM system, laboratory | Primary: 05902729751650 |
| 9897982c-06e3-4671-b... | 3Shape Scan Bodies | 3shape A/S | CCsys | Dental CAD/CAM system, laboratory | Primary: 05902729751438 |
| 550e8095-394a-484e-8... | 3Shape scan bodies | 3shape A/S | NGbox | Dental CAD/CAM system, laboratory | Primary: 05902729753166 |
| 181532b2-39ab-46c6-b... | 3Shape scan bodies | 3shape A/S | NCbox | Dental CAD/CAM system, laboratory | Primary: 05902729753098 |
| cd87ac44-62d0-4cb5-9... | 3Shape Scan Bodies | 3shape A/S | NCsys | Dental CAD/CAM system, laboratory | Primary: 05902729753036 |
| 940d243c-61c5-421d-9... | 3Shape Scan Bodies | 3shape Trios A/S | ZTsys | Dental CAD/CAM system, laboratory | Primary: 05902729752770 |
| c8745ee2-a640-4aee-b... | 3Shape Scan Bodies | 3shape Trios A/S | SBDsys | Dental CAD/CAM system, laboratory | Primary: 05902729752756 |
| a8ee876d-871a-41e6-b... | 3Shape Scan Bodies | 3shape Trios A/S | NBsys | Dental CAD/CAM system, laboratory | Primary: 05902729752695 |
| a5501688-8c5a-45f8-b4... | 3Shape Scan Bodies | 3shape Trios A/S | BCsys | Dental CAD/CAM system, laboratory | Primary: 05902729752626 |

Exhibit No. 6