# EXHIBIT A

# HCCH MEMBERS



The Hague Conference has currently 83 Members: 82 States and 1 Regional Economic Integration Organisation. For the dates of membership, please consult the **status table of the Statute** of the Hague Conference. For an overview of the Membership evolution, click **here**.

## A

Albania
Andorra
Argentina
Armenia
Australia
Austria
Azerbaijan

## B

Belarus
Belgium
Bosnia and Herzegovina
Brazil
Bulgaria
Burkina Faso

## C

Canada
Chile
China, People's Republic of
Costa Rica
Croatia
Cyprus
Czech Republic

## D

Denmark

| | E | | F |
|---|---|---|---|
| Ecuador | | Finland | |
| Egypt | | France | |
| Estonia | | | |
| European Union | | | |

| | G | | H |
|---|---|---|---|
| Georgia | | Hungary | |
| Germany | | | |
| Greece | | | |

| | I | | J |
|---|---|---|---|
| Iceland | | Japan | |
| India | | Jordan | |
| Ireland | | | |
| Israel | | | |
| Italy | | | |

| | K | | L |
|---|---|---|---|
| Kazakhstan | | Latvia | |
| Korea, Republic of | | Lithuania | |
| | | Luxembourg | |

| | M | | N |
|---|---|---|---|
| Malaysia | | Netherlands | |
| Malta | | New Zealand | |
| Mauritius | | Norway | |
| Mexico | | | |
| Monaco | | | |
| Montenegro | | | |
| Morocco | | | |

| | P | | R |
|---|---|---|---|
| Panama | | Republic of Moldova | |
| Paraguay | | Republic of North Macedonia | |
| Peru | | Romania | |
| Philippines | | Russian Federation | |
| Poland | | | |
| Portugal | | | |

| | S | | T |
|---|---|---|---|
| Saudi Arabia | | Tunisia | |
| Serbia | | Turkey | |
| Singapore | | | |
| Slovakia | | | |
| Slovenia | | | |
| South Africa | | | |
| Spain | | | |
| Sri Lanka | | | |
| Suriname | | | |
| Sweden | | | |
| Switzerland | | | |

| | | | U |
|---|---|---|---|
| | | Ukraine | |
| | | United Kingdom of Great Britain and Northern Ireland | |

Case 8:78-cv-00080-VDA  Document 8-5  Filed 02/08/20  Page 4 of 5

United States of America
Uruguay

| | | | |
|---|---|---|---|
| Venezuela | V | Zambia | Z |
| Viet Nam | | | |