# EXHIBIT B

**Denmark**
Kingdom of Denmark

Hague/Inter-American

| | |
|---|---|
| **Party to Hague Service Convention?** | **Party to Inter-American Convention?** |
| Yes | No |
| **Party to Hague Evidence Convention?** | **Service of Process by Mail?** |
| Yes | No |
| **Party to Hague Apostille Convention?** | |
| Yes | |

## DISCLAIMER

**DISCLAIMER: THE INFORMATION IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A SPECIFIC CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO THE APPROPRIATE FOREIGN AUTHORITIES OR FOREIGN COUNSEL.**

ALL ➕/➖

Embassies and Consulates ⊕

List of Attorneys ⊕

Helpful Links ⊕

## Service of Process

Denmark is a party to the Hague Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil and Commercial Matters. Complete information on the operation of the Convention, including an interactive online request form are available on the Hague Conference website. Requests should be completed in duplicate and submitted with two sets of the documents to be served, and translations, directly to Denmark's Central Authority for the Hague Service Convention. The person in the United States executing the request form should be either an attorney or clerk of court. The applicant should include the titles attorney at law or clerk of court on the identity and address of applicant and signature/stamp fields. In its Declarations and Reservations on the Hague Service Convention, Denmark formally objected to service under Article 10, and does not permit service via postal channels. For additional information see the Hague Conference Service Convention web page and the Hague Conference Practical Handbook on the Operation of the Hague Service Convention. See also Denmark's response to the 2008 Hague Conference questionnaire on the practical operation of the Hague Service Convention.

**Service on a Foreign State**: See also our Service Under the Foreign Sovereign Immunities Act (FSIA) feature and FSIA Checklist for questions about service on a foreign state, agency or instrumentality.

**Service of Documents from Denmark in the United States**: See information about service in the United States on the U.S. Central Authority for the Service Convention page of the Hague Conference on Private International Law Service Convention site.

## Criminal Matters

## Obtaining Evidence in Civil and Commercial Matters

## Taking Voluntary Depositions of Willing Witnesses

## Authentication of Documents

Last Updated: November 15, 2013