# EXHIBIT D

# AUTHORITY

## Denmark - Central Authority & practical information

Case 8-78-cv-00680-ADA   Document 8-2   Filed 03/08/30   Page 2 of 4

**Central Authority(ies):**

*Ministry of Justice, Civil Law Division*

| Contact details: ||
|---|---|
| Address: | Ministry of Justice<br>Procedural Law Division<br>Slotsholmsgade 10<br>1216 COPENHAGEN K<br>Denmark |
| Telephone: | +45 72 26 84 00 |
| Fax: | +45 3393 3510 |
| E-mail: | jm@jm.dk |
| General website: | http://www.justitsministeriet.dk/ |
| Contact person: |  |
| Languages spoken by staff: | Danish, English |

| Practical Information:<br>(The following information was provided by the relevant State authorities or was obtained from the replies to the 2003, 2008 and/or 2013 Service Convention Questionnaires) ||
|---|---|
| Forwarding authorities (Art. 3(1)): | The Courts and the Regional State Administration |

/

| | |
|---|---|
| Methods of service (Art. 5(1)(2)): | *Formal Service* (Art. 5(1)(a))<br>After receiving a request for service the Ministry of Justice checks if the document fulfils the provisions of the Convention. Then the document is referred to the competent court of justice; the court is instructed whether or not the addressee is under an obligation to accept the document. Service is then effected either by mail, through a bailiff appointed by the court, by a public official of the Danish post office authorities or over tyhe telephone. Upon service of the document, the court returns it to the requesting authority or person abroad.<br><br>*Informal delivery* (Art. 5(2))<br>See formal service. |
| Translation requirements (Art. 5(3)): | A translation is not required; in the case of an untranslated document, however, the addressee is informed that he is not, under Danish law, under an obligation to accept it.<br><br>Denmark has not entered into particular agreements with other Contracting States in this respect. |
| Costs relating to execution of the request for service (Art. 12): | Free of charge |
| Time for execution of request: | Two (2) months |
| Oppositions and declarations (Art. 21(2)): | Click here to read all the declarations and reservations made by Denmark under this Convention. |
| Art. 8(2): | No opposition |
| Art. 10(a): | No opposition<br><br>*"As for Article 10(a) Denmark has not declared that it objects to this method of transmission. However, this does not imply that such method is valid service in Denmark. The Danish courts have not yet had the opportunity to rule on the matter."* (see response 11 made by the Government of Denmark to the 2003 Service Convention Questionnaire) |
| Art. 10(b): | No opposition |
| Art. 10(c): | Opposition |
| Art. 15(2): | Declaration of applicability |
| Art. 16(3): | Declaration of applicability |

Case 0:19-cv-00680-ADA  Document 5-2  Filed 02/06/20  Page 3 of 4

| | |
|---|---|
| Derogatory channels (bilateral or multilateral agreements or internal law permitting other transmission channels) (Arts. 11, 19, 24 and 25)<br><br>**Disclaimer:**<br>*Information may not be complete or fully updated – please contact the relevant authorities to verify this information.* | Supplementary agreements to the Hague Convention of 17 July 1905 and /or of 1 March 1954 were concluded with: *Germany* (Berlin, 1 June 1910 and 6 January 1932); *Austria* (8 November 1979) and *Luxembourg* (15 January 1912).<br><br>A multilateral convention on judicial co-operation was concluded between: *Denmark, Finland, Iceland, Norway* and *Sweden* on 26 April 1974.<br><br>A bilateral convention exists with the *United Kingdom* (London, 29 November 1932 – Article 2 to 6).<br><br>Council Regulation (EC) No 1393/2007 on the service in the Member States of judicial and extrajudicial documents in civil and commercial matters, in accordance with the agreement between the European Community and the Kingdom of Denmark on the service of judicial and extrajudicial documents in civil and commercial matters (Brussels, 19 October 2005). |
| Useful links: | Danish Legal Information (the databases are in Danish only) |

(This page was last updated on 7 March 2014)

This page was last updated on:

## Conventions (incl. Protocols and Principles)

Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters [14]