# HCCH MEMBERS



The Hague Conference has currently 83 Members: 82 States and 1 Regional Economic Integration Organisation. For the dates of membership, please consult the **status table of the Statute** of the Hague Conference. For an overview of the Membership evolution, click **here**.

### A
Albania
Andorra
Argentina
Armenia
Australia
Austria
Azerbaijan

### B
Belarus
Belgium
Bosnia and Herzegovina
Brazil
Bulgaria
Burkina Faso

### C
Canada
Chile
China, People's Republic of
Costa Rica
Croatia
Cyprus
Czech Republic

### D
Denmark

# E
Ecuador
Egypt
Estonia
European Union

# F
Finland
France

# G
Georgia
Germany
Greece

# H
Hungary

# I
Iceland
India
Ireland
Israel
Italy

# J
Japan
Jordan

# K
Kazakhstan
Korea, Republic of

# L
Latvia
Lithuania
Luxembourg

## M

Malaysia
Malta
Mauritius
Mexico
Monaco
Montenegro
Morocco

## N

Netherlands
New Zealand
Norway

## P

Panama
Paraguay
Peru
Philippines
Poland
Portugal

## R

Republic of Moldova
Republic of North Macedonia
Romania
Russian Federation

## S

Saudi Arabia
Serbia
Singapore
Slovakia
Slovenia
South Africa
Spain
Sri Lanka
Suriname
Sweden
Switzerland

## T

Tunisia
Turkey

## U

Ukraine
United Kingdom of Great Britain and Northern Ireland
United States of America
Uruguay

## V

Venezuela
Viet Nam

## Z

Zambia