**Package ID: 473400014210996969**

Delivered 

Recipient name: Pernille

19.2.2020 15.26

Collected

19.2.2020 14.58

Created

19.2.2020 14.39

**Delivery**
Tree Shape
Holmens Kanal 7
1060 København dk
Phone (SMS: No)

**Requested delivery time**
19.2.2020: 14:39 - 15.39

**Delivery instructions**
4. sal underskrift af Tais Clausen

**Pickup**
GORRISSEN FEDERSPIEL
AXELTORV
1609 KØBENHAVN V dk
Phone

**Requested pickup time**
19.2.2020: 14:39 - 15.39

**Pickup instructions**

**Customer reference**
001330 KKA/SAL

**Shipment ID**
73400014173664365 (1 kg)

**Package ID: 473400014210996952**

Delivered

*[signature]*

Recipient name: Pernille

19.2.2020 15.25

Collected

19.2.2020 14.58

Created

19.2.2020 14.39

**Delivery**
Tree Shape
Holmens Kanal 7
1060 København dk
Phone (SMS: No)

**Requested delivery time**
19.2.2020: 14:39 - 15.39

**Delivery instructions**
4. sal - underskrift fra Tais Clausen

**Pickup**
GORRISSEN FEDERSPIEL
AXELTORV
1609 KØBENHAVN V dk
Phone

**Requested pickup time**
19.2.2020: 14:39 - 15.39

**Pickup instructions**

**Customer reference**
001330 KKA/SAL

**Shipment ID**
73400014173664372 (1 kg)

**Package ID**
473400014210996952 (1 kg, 30 x 42 x 4 cm)

**Package ID: 473400014210996983**

Delivered

*[signature]*

Recipient name: Pernille

19.2.2020 15.25

Collected

19.2.2020 14.58

Created

19.2.2020 14.39

**Delivery**
Tree Shape
Holmens Kanal 7
1060 København dk
Phone (SMS: No)

**Requested delivery time**
19.2.2020: 14:39 - 15.39

**Delivery instructions**
4. sal - underskrift af Nikolaj

**Pickup**
GORRISSEN FEDERSPIEL
AXELTORV
1609 KØBENHAVN V dk
Phone

**Requested pickup time**
19.2.2020: 14:39 - 15.39

**Pickup instructions**

**Customer reference**
001330 KKA/SAL

**Shipment ID**
73400014173664341 (1 kg)

**Package ID: 473400014210996976**

Delivered



Recipient name: Pernille

19.2.2020 15.26

Collected

19.2.2020 14.58

Created

19.2.2020 14.39

**Delivery**
Tree Shape
Holmens Kanal 7
1060 København dk
Phone (SMS: No)

**Requested delivery time**
19.2.2020: 14:39 - 15.39

**Delivery instructions**
4. sal underskrift af Nikolaj

**Pickup**
GORRISSEN FEDERSPIEL
AXELTORV
1609 KØBENHAVN V dk
Phone

**Requested pickup time**
19.2.2020: 14:39 - 15.39

**Pickup instructions**

**Customer reference**
001330 KKA/SAL

**Shipment ID**
73400014173664358 (1 kg)