# EXHIBIT P

  

# HANDBOOK OF COMPUTER VISION AND APPLICATIONS

Volume 1
Sensors and Imaging

Bernd Jähne
Horst Haußecker
Peter Geißler



ACADEMIC PRESS

3S_DENSYS_0002787

# Handbook of Computer Vision and Applications

## Volume 1
## Sensors and Imaging

3S_DENSYS_0002788

3S_DENSYS_0002789

# Handbook of Computer Vision and Applications

## Volume 1
## Sensors and Imaging

### Editors
### Bernd Jähne

Interdisciplinary Center for Scientific Computing
University of Heidelberg, Heidelberg, Germany
and
Scripps Institution of Oceanography
University of California, San Diego

### Horst Haußecker
### Peter Geißler

Interdisciplinary Center for Scientific Computing
University of Heidelberg, Heidelberg, Germany



**ACADEMIC PRESS**
San Diego   London   Boston
New York   Sydney   Tokyo   Toronto

3S_DENSYS_0002790

This book is printed on acid-free paper. ∞
Copyright © 1999 by Academic Press.

All rights reserved.
No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

The appearance of code at the bottom of the first page of a chapter in this book indicates the Publisher's consent that copies of the chapter may be made for personal or internal use of specific clients. This consent is given on the condition, however, that the copier pay the stated per-copy fee through the Copyright Clearance Center, Inc. (222 Rosewood Drive, Danvers, Massachusetts 01923), for copying beyond that permitted by Sections 107 or 108 of the U.S. Copyright Law. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale. Copy fees for pre-1999 chapters are as shown on the title pages; if no fee code appears on the title page, the copy fee is the same as for current chapters. ISBN 0-12-379770-5/$30.00

ACADEMIC PRESS
*A Division of Harcourt Brace & Company*
525 B Street, Suite 1900, San Diego, CA 92101-4495
http://www.apnet.com

ACADEMIC PRESS
24-28 Oval Road, London NW1 7DX, UK
http://www.hbuk.co.uk/ap/

**Library of Congress Cataloging-In-Publication Data**
Handbook of computer vision and applications / edited by Bernd Jähne, Horst Haussecker, Peter Geissler.
   p. cm.
  Includes bibliographical references and indexes.
  Contents: v. 1. Sensors and imaging — v. 2. Signal processing and pattern recognition — v. 3. Systems and applications.
  ISBN 0-12-379770-5 (set). — ISBN 0-12-379771-3 (v. 1)
  ISBN 0-12-379772-1 (v. 2). — ISBN 0-12-379773-X (v. 3)
  1. Computer vision — Handbooks, manuals. etc. I. Jähne, Bernd
  1953-   . II. Haussecker, Horst, 1968-   . III. Geissler, Peter, 1966- .
TA1634.H36  1999
006.3'7 — dc21                                                                     98-42541
                                                                                        CIP

Printed in the United States of America
99 00 01 02 03 DS 9 8 7 6 5 4 3 2 1

## 17.1  Definitions

### 17.1.1  Camera calibration

*Camera calibration* in photogrammetric parlance refers to the determination of the parameters of interior orientation of individual cameras. When using digital cameras, it is advisable to analyze the complete imaging system, including camera, transfer units and possibly frame grabbers. The parameters to be found by calibration depend on the type of camera used. Once the imaging system has been calibrated, measurements can be made after the cameras have been duly oriented.

### 17.1.2  Camera orientation

*Camera orientation* usually includes determination of the parameters of exterior orientation to define the camera station and camera axis in the higher-order object-coordinate system, frequently called the *world coordinate system*. This requires the determination of three rotational and three translational parameters, that is, a total of six parameters for each camera.

### 17.1.3  System calibration

In many applications, fixed setups of various sensors are used for measurement. Examples are online measurement systems in which, for example, several cameras, laser pointers, pattern projectors, rotary stages, etc., may be used. If the entire system is considered the measurement tool proper, then the simultaneous calibration and orientation of all the components involved may be defined as *system calibration*.

## 17.2  Parameters influencing geometrical performance

### 17.2.1  Interior effects

All components of a digital imaging system leave their marks on the image of an object and thus on the measurement results obtained from processing this image. The following is a brief description of the relevant components (Fig. 17.1).

**Optical system.**  Practically all lenses exhibit typical *radial-symmetrical distortion* that may vary greatly in magnitude. On the one hand, the lenses used in optical measurement systems are nearly distortion-free [1]. On the other hand, wide-angle lenses, above all, frequently exhibit distortion of several 100 $\mu$m at the edges of the field. Fisheye lenses are