# EXHIBIT Q





# HANDBOOK OF COMPUTER VISION AND APPLICATIONS

Volume 3
Systems and Applications

Bernd Jähne
Horst Haußecker
Peter Geißler



ACADEMIC PRESS

3S_DENSYS_0003444

# Handbook of Computer Vision and Applications

## Volume 3
## Systems and Applications

3S_DENSYS_0003445

3S_DENSYS_0003446

# Handbook of Computer Vision and Applications

## Volume 3
## Systems and Applications

**Editors**
**Bernd Jähne**

Interdisciplinary Center for Scientific Computing
University of Heidelberg, Heidelberg, Germany
and
Scripps Institution of Oceanography
University of California, San Diego

**Horst Haußecker**
**Peter Geißler**

Interdisciplinary Center for Scientific Computing
University of Heidelberg, Heidelberg, Germany



**ACADEMIC PRESS**
San Diego   London   Boston
New York   Sydney   Tokyo   Toronto

3S_DENSYS_0003447

Case 6:19-cv-00680-ADA   Document 42-4   Filed 07/23/20   Page 6 of 8

This book is printed on acid-free paper. ∞
Copyright © 1999 by Academic Press.

All rights reserved.
No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

The appearance of code at the bottom of the first page of a chapter in this book indicates the Publisher's consent that copies of the chapter may be made for personal or internal use of specific clients. This consent is given on the condition, however, that the copier pay the stated per-copy fee through the Copyright Clearance Center, Inc. (222 Rosewood Drive, Danvers, Massachusetts 01923), for copying beyond that permitted by Sections 107 or 108 of the U.S. Copyright Law. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale. Copy fees for pre-1999 chapters are as shown on the title pages; if no fee code appears on the title page, the copy fee is the same as for current chapters. ISBN 0-12-379770-5/$30.00

ACADEMIC PRESS
*A Division of Harcourt Brace & Company*
525 B Street, Suite 1900, San Diego, CA 92101-4495
http://www.apnet.com

ACADEMIC PRESS
24-28 Oval Road, London NW1 7DX, UK
http://www.hbuk.co.uk/ap/

**Library of Congress Cataloging-In-Publication Data**
Handbook of computer vision and applications / edited by Bernd Jähne, Horst Haussecker, Peter Geissler.
    p. cm.
  Includes bibliographical references and indexes.
  Contents: v. 1. Sensors and imaging — v. 2. Signal processing and pattern recognition — v. 3. Systems and applications.
  ISBN 0-12-379770-5 (set). — ISBN 0-12-379771-3 (v. 1)
  ISBN 0-12-379772-1 (v. 2). — ISBN 0-12-379773-X (v. 3)
  1. Computer vision — Handbooks, manuals. etc. I. Jähne, Bernd
  1953-    . II. Haussecker, Horst, 1968-    . III. Geissler, Peter, 1966- .
TA1634.H36   1999
006.3′7 — dc21                                                   98-42541
                                                                      CIP

Printed in the United States of America
99 00 01 02 03 DS 9 8 7 6 5 4 3 2 1

3S_DENSYS_0003448

### 31.4.1 Geometric camera calibration

To obtain quantitative results in digital image processing the geometric camera calibration is an essential part of the measuring procedure and evaluation. Its purpose is to give a relation between the 3-D world coordinate of an object and its 2-D image coordinates. A geometric camera model describes the projection transformation of a 3-D object onto the 2-D CCD sensor of the camera. The quality of the camera calibration is crucial for the accuracy of the stereoscopic reconstruction. Effects not included in the camera model will result in a systematic error.

### 31.4.2 The camera model

The camera model $F$ is the mathematical description of the relation between the 3-D world coordinates $X$ and the 2-D image coordinates $x$ (see Volume 1, Chapter 17):

$$x = F(X) \qquad (31.22)$$

The simplest model is the pinhole camera model. This model is described by four linear transformations including the ten parameters of translation $T$ (3 offsets), rotation $M$ (3 angles), projection $P$ (focal point) and scaling $S$

$$F = STMP \qquad (31.23)$$

An extended model includes also lens distortion (compare Volume 1, Section 4.5.5 and Chapter 17). Lens distortion is described by a nonlinear correction (see Hartley [26]).

**Multimedia geometry.** In many applications the camera and the optical system have to be mounted outside the volume of observation. The camera looks, for example, through a glass or Perspex window into the water (see Fig. 31.20). Therefore, a multimedia correction seems to be necessary. The light is refracted according to Snellius' law. Its effect is described by a displacement from the straight line $\Delta X = X_0 - X_{mm}$. If the geometry of the setup is known, $\Delta X$ is a function of $X_w$ and of the location of the camera $X_k$. As this function has no analytical solution, $\Delta X$ has to be calculated numerically applying Fermat's principle.

**Parameter estimation.** The nonlinearity of the camera model does not allow computing the parameters in a direct analytical way. Therefore, a nonlinear minimization method (Levenberg-Marquardt algorithm [18]) is used. The function to minimize is

$$\mathrm{Res} = \sum_i (x_i - F(X_i))^2 \qquad (31.24)$$

3S_DENSYS_0004176

31.4 Stereo particle-tracking velocimetry     687



**Figure 31.20:** *Distortion by multimedia geometry.*

To avoid the algorithm from getting caught in a local minimum, a choice of proper initial values is critical. This can be guaranteed by neglecting the nonlinear part of the camera model ($k_1, k_2, p_1$, and $p_2$ set to zero). The parameters of the remaining linear model which are determined by a direct linear transform (DLT) (see Melen [27]), yield the initial values.

**Inversion of the camera model.** The camera model describes the transformation from world to image coordinates. For the evaluation the inverse relation is of interest—to obtain world coordinates of an object from its position in the 2-D image.

Because the camera model projects a point in 3-D space to a point in a 2-D plane, the solution of the inversion of the camera model is a line. The intersection of the two lines gives the 3-D position of the object (triangulation problem [26]). Mainly due to noise error the lines do not exactly intersect. Therefore, the midpoint of the minimum distance of the two lines is taken as the "intersection point." To invert the camera model a numerical method has to be used because an analytical solution does not exist. For an image point $x$ and a given Z-coordinate $Z_0$ the world point $X$ to be found is given by the minimum of

$$\epsilon = |x - F(X)|_{Z=Z_0} \quad (31.25)$$

As this function is convex, a gradient-based minimization routine always converges.