IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DENSYS LTD., <br><br> Plaintiff, <br><br> v. <br><br> 3SHAPE TRIOS A/S and 3SHAPE A/S, <br><br> Defendants. | Case No. 6:19-cv-00680-ADA <br><br> Jury Trial Demanded |

## NOTICE OF FILING OF AN IPR

Pursuant to the directives in the Court's OGP Version 3.2, Plaintiff Densys Ltd. provides this Notice informing the Court that the following IPR has been filed in relation to one of the patents asserted in the above-captioned action.

- 3Shape Trios A/S and 3Shape A/S v. Densys LTD. - In re *Inter Partes* Review of: U.S. Patent No. 6,402,707 - IPR2021-00236 (PTAB)
    - Accorded Filing Date: November 25, 2020
    - Mailing Date of Notice of Filing: December 7, 2020
    - Expected time for an institution decision: June 7, 2021
    - Expected time for a final written decision: June 7, 2022

In accordance with the Court's Minute Entry following the *Markman* hearing held on August 31, 2020 (D.I. 51) and the Proposed Scheduling Order Amendment filed on November 4, 2020 (D.I. 55), trial has been scheduled for June 21, 2021.

Dated: December 8, 2020           Respectfully submitted,

*/s/Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701

1

Tel/Fax: 512-865-7950

*Of Counsel:*
Ronald M. Daignault (*pro hac vice*)
Chandran B. Iyer (*pro hac vice*)
Oded Burger (*pro hac vice*)
rdaignault@goldbergsegalla.com
ciyer@goldbergsegalla.com
oburger@ goldbergsegalla.com
GOLDBERG SEGALLA LLP
711 Third Avenue, Suite 1900
New York, New York 10017
Telephone: (646) 292-8700

Attorneys for *Densys LTD*.