# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DENSYS LTD | § | |
| | § | CIVIL NO: |
| vs. | § | WA:19-CV-00680-ADA |
| | § | |
| 3SHAPE TRIOS A/S, 3SHAPE A/S | § | |

## ORDER SETTING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING** by Zoom on **Tuesday, April 20, 2021 at 04:00 PM**. The link for the hearing will be sent by e-mail.

IT IS SO ORDERED this 9th day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE