IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DENSYS LTD.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>3SHAPE TRIOS A/S and 3SHAPE A/S,<br><br>　　　　　　　　Defendants. | Case No. 6:19-cv-00680-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER

This Court having considered the parties' Joint Motion for Entry of Revised Schedule Related to Expert Discovery, Case Narrowing, and Dispositive/Daubert Submissions and noting the lack of opposition from any party, this Court hereby GRANTS the Motion.

Therefore, the deadlines for the close of expert discovery, case narrowing, and dispositive/Daubert motions is:

| Deadline | Event |
|---|---|
| April 30, 2021 | Close of expert discovery. |
| May 4, 2021 | Deadline to meet and confer to discuss narrowing the number of claims and prior art references at issue. |
| May 7, 2021 | Dispositive motion and *Daubert* motion deadline. |
| May 10, 2021 | Parties file a Joint Report regarding the results of the meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. |

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED.

SIGNED this 15th day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE