FILED
April 08, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Clark
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DENSYS LTD., <br><br> Plaintiff, <br><br> v. <br><br> 3SHAPE TRIOS A/S and 3SHAPE A/S, <br><br> Defendants. | Civil Action No. 6:19-cv-00680-ADA |

## VERDICT FORM

In answering the following questions, you are to follow the instructions I have given you in the Court's jury charge. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer these questions in the Verdict Form.

As used herein:

- "Densys" refers to Plaintiff, Densys Ltd.

- "3Shape" refers to Defendants 3Shape TRIOS A/S and 3Shape A/S, collectively.

- "The '707 patent" refers to U.S. Patent No. 6,402,707.

- "Asserted Claims" refers to claims 1 and 37 of the '707 patent, collectively.


**You must first answer Questions 1 through 2 before proceeding to any other parts of this Verdict Form. Please do not answer Questions 3 and 4 unless the instructions for those questions have been met.**

## QUESTION 1: LITERAL INFRINGEMENT

Did Densys prove, by a preponderance of the evidence, that 3Shape literally infringed any of the following Asserted Claims of the '707 patent?

**Please check "Yes" or "No" for each listed Asserted Claim in the space provided. "Yes" is a finding for Densys. "No" is a finding for 3Shape.**

Claim 1

    Claim 1:    Yes __✓__    No _____

Claim 37

    Claim 37:    Yes __✓__    No _____

**Please proceed to the next question.**

## QUESTION 2: INDUCED INFRINGEMENT

Did Densys prove, by a preponderance of the evidence, that 3Shape induced others to infringe any of the following Asserted Claims of the '707 patent?

**Please check "Yes" or "No" for each listed Asserted Claim in the space provided. "Yes" is a finding for Densys. "No" is a finding for 3Shape.**

**Claim 1**

    **Claim 1:**   Yes ✓    No _____

**Claim 37**

    **Claim 37:**   Yes ✓    No _____

**Please proceed to the next question.**

**IF YOU HAVE REACHED THIS POINT IN THE VERDICT FORM, YOU SHOULD HAVE ANSWERED QUESTIONS 1 THROUGH 2. IF YOU HAVE NOT ANSWERED QUESTIONS 1 THROUGH 2, PLEASE GO BACK AND ANSWER THEM BEFORE PROCEEDING.**

If the answer to EVERY Asserted Claim listed in Questions 1 through 2 is "No," then do not answer questions 3 and 4 and proceed to the last page.

If the answer is "Yes" as to ANY claim in Questions 1 through 2 (*i.e.*, you found any claim infringed), please proceed to the next question.

## QUESTION 3: DAMAGES

What is the amount of damages that you find Densys has proven, by a preponderance of the evidence, that compensate it for 3Shape's infringement of the claims of the '707 patent that you have found are infringed?

**Please provide a dollar amount in the space provided.**

$ __11.875 million__

**Please proceed to the question.**

## QUESTION 4: WILLFULNESS

If you entered a damage amount in Question 3, you may consider whether 3Shape's infringement was willful by answering the following question.

Did Densys prove, by a preponderance of the evidence, that 3Shape's infringement of the Asserted Claims was willful?

**Please check "Yes" or "No" in the space provided. "Yes" is a finding for Densys. "No" is a finding for 3Shape.**

Yes __✓__        No _____

**Please proceed to the next page.**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date this Verdict Form in the spaces below. Once this is done, please notify the Court Security Officer that you have reached a verdict. The jury foreperson should keep the Verdict Form and bring it when the jury is brought back to the court room.

I certify that the jury unanimously concurs in every element of the above verdict.

Jury Foreperson: _____

Signed this __8th__ day of __April__, 20__22__.