IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **DENSYS LTD.,** *Plaintiff,* § § § § | |
| -v- § § | 6:19-CV-00680-ADA |
| **3SHAPE A/S, 3SHAPE TRIOS A/S** *Defendants.* § § § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints Dr. Joshua J. Yi as a Technical Advisor to assist the Court with post-trial motions. Given his background and qualifications, the Court is satisfied that Dr. Yi's appointment pursuant to the terms of this Order would assist the Court in this case. Dr. Yi's contact information is as follows:

> Dr. Joshua J. Yi
> 13492 Research Blvd; Ste. 120 – #445
> Austin, TX 78750-2254
> E-mail: josh@joshuayipatentlaw.com

The parties shall send courtesy copies of the following documents no later than one business day after the date of this order or after the last document in the following list is filed:

(1) **Briefs**: In paper form, double-sided, stapled or bound (*e.g.*, 3-ring), to the mailing address above,
(2) **Briefs, exhibits, patents**: In electronic form, on a USB drive, to the mailing address above,

If the document was filed with the Court, the copy must include the CM/ECF header.

The parties are **ORDERED** to notify the Court of any conflicts with Dr. Yi within 7 days of this order.

1

**SIGNED** this 1st day of November, 2024.

                              _____
                              ALAN D ALBRIGHT
                              UNITED STATES DISTRICT JUDGE